January 11, 2007

By Fax - 212-805-4060

United States Magistrate Court
U. S. Courthouse
500 Pearl Street
New York, NY 10007-1312
    Attn: Clerk of Court

       Re: United States v. Harold Yen-07 Magistrate 31 - Notice of Appearance

To whom it may concern:

    This letter is to inform you Hoffinger Stern and Ross, LLP has been retained to represent and will be appearing on behalf of the above defendant. The lawyers who will be responsible for the case are Jack S. Hoffinger (Bar Code JH1114 ) and Fran Hoffinger (Bar Code FH4850).

        Very truly yours,


        Jack S. Hoffinger

        Hoffinger Stern and Ross, LLP
        150 East 58th Street
        New York, New York 10155
        (212) 421- 4000