AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN          DISTRICT OF          NEW YORK

**APPEARANCE**

United States of America

v.

Harold Yen

Case Number: 1:07-mj-0031

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Harold Yen

I certify that I am admitted to practice in this court.

May 6, 2007
Date

Signature

Alireza Dilmaghani, Esq.   AD7296
Print Name                 Bar Number

106 Central Park South, Suite 8D
Address

New York        NY        10019
City            State     Zip Code

(212) 757-3707
Phone Number              Fax Number