UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

        -v.-

HAROLD YEN,

                Defendant.

- - - - - - - - - - - - - - - - - - x

INDICTMENT

07 CRIM. 433

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 16 2007

Judge Buchwald

## COUNT ONE

The Grand Jury charges:

1. From in or about 2002 to on or about December 1, 2006, in the Southern District of New York and elsewhere, HAROLD YEN, the defendant, unlawfully, willfully, and knowingly did distribute, receive, attempt to distribute, and attempt to receive materials that contained child pornography and that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, YEN sent and received images of child pornography between his computer in Manhattan to computers located outside of New York.

(Title 18, United States Code, Sections 2252A(a)(2)(B) and (b)(1).)

## COUNT TWO

The Grand Jury further charges:

2. On or about December 1, 2006, in the Southern District of New York and elsewhere, HAROLD YEN, the defendant, unlawfully, willfully, and knowingly, did possess and attempt to possess books, magazines, periodicals, films, videotapes, computer disks, and other material that contained images of child pornography that had been mailed, shipped, and transported in

interstate and foreign commerce by any means, including by computer, to wit, YEN possessed images of child pornography on a computer and on various CDs and DVDs in Manhattan that he had received from computers located outside of New York.

(Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

HAROLD YEN,

Defendant.

---

**INDICTMENT**

07 Cr.

(18 U.S.C. § 2252A(a)(2)(B) & (b)(1), 18 U.S.C. § 2252A (a)(5)(B) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

---

5-16-07 Filed Indictment Case assigned to Judge Buchwald

Pitman
U.S.M.J.