AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

Case Number: 07 CR 433 (NRB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

HAROLD YEN

I certify that I am admitted to practice in this court.

7/13/2007
Date

*[signature]*
Signature

Paul E. Warburgh, Jr.                    PW7837
Print Name                               Bar Number

P.O. Box 1933
Address

Huntington        New York        11743
City              State           Zip Code

(631) 223-2370        (631) 223-2130
Phone Number          Fax Number