DOC # 16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOC # 16
DATE FILED: 9/7/07

UNITED STATES OF AMERICA,             :

   v.                                  :  ORDER

HAROLD YEN,                            :  Docket No. 07 CR 433 (MRB)

   Defendant.                      :

Upon the application of Paul E. Warburgh, Jr., attorney for the defendant, it is

ORDERED that Sanford L. Drob, Ph.D. a duly licensed psychologist in the State of New York be permitted to enter the Metropolitan Detention Center (MDC) Brooklyn, on September 13, 2007 and any dates thereafter that are recently necessary for the completion of the psychological examination, and it is

ORDERED that Dr. Drob be permitted to enter with his OQ and other customary psychological test material in order to complete said examination.

Dated: September 6, 2007

              _____
              UNITED SATES DISTRICT JUDGE

MICROFILM  SEP 11 2007