**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 29, 2007

**BY FACSIMILE**

The Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2270
New York, New York 10007

Re: <u>United States v. Harold Yen</u>, 07 Cr. 433 (NRB)

Dear Judge Buchwald:

At defense counsel's request, the conference in this matter before Your Honor that was scheduled for November 15, 2007 was adjourned to December 20, 2007 at 3:00 p.m. so that defense counsel could prepare certain parts of its case that would facilitate discussions with the Government of a possible disposition in this matter. The Government respectfully requests, with defense counsel's consent, that time be excluded under the Speedy Trial Act from the date of this letter until the conference on December 20, 2007 so that defense counsel can adequately make these preparations so that parties can continue their discussions.

*So Ordered.*
*[signature]*
*12/3/07*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
Michael M. Rosensaft
Assistant U.S. Attorney
(212) 637-2366
(212) 637-2937 (fax)

cc w/enc.:   Alireza Dilmaghani, Esq.,
             Attorney for Defendant