LAW OFFICES
# PAUL E. WARBURGH, JR.

PO BOX 1933
HUNTINGTON, N.Y. 11743

(631) 223-2370

FACSIMILE
(631) 223-2130

June 23, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

<u>Via Fax 212-805-7927</u>

Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: United States v. Harold Yen
        <u>Docket No. 07-CR-433-NRB</u>

Dear Judge Buchwald:

The defendant with the consent of the government respectfully requests that the conference scheduled for Tuesday, June 24th be adjourned for approximately two weeks to a date convenient to the Court. The defense is in the process of finalizing its proposal to the government to resolve this case.

The defendant agrees to the exclusion of time between June 24, 2008, and the adjourned date, pursuant to Title 18, Untied States Code, Section 3161 (h)(8)(A) in the interest of justice.

Thank you very much.

          Sincerely yours,

          Paul E. Warburgh Jr.
          PAUL E. WARBURGH, JR.

*[Handwritten annotation by Judge:]* The conference is adjourned until July 8, 2008 at 3:45 pm. So Ordered. [signature] 6/23/08 USDJ

cc: Michael M. Rosensaft, Assistant U.S. Attorney