# MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

LAW OFFICES
**PAUL E. WARBURGH, JR.**

PO BOX 1933
HUNTINGTON, N.Y. 11743

(631) 223-2370

FACSIMILE
(631) 223-2130

August 13, 2008

Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
■ 1 5 2008
UNITED STATES DISTRICT JUD

Re:  United States v. Harold Yen
     Docket No. 07 CR 433 (NRB)

Dear Judge Buchwald:

I am writing to request that the September 9, 2008 conference be adjourned. At the time the date was set I didn't realize that the 9th was Primary Day. I am an assistant coordinator with the Suffolk County Board of Elections and I am required to be at the polls for several Election Districts. The new voting machine scanners will be in use for the first time for disabled voters and I am one of the select persons trained for the machines.

I would suggest a date later in the week of the 9th or the next week.

The government has no objection and the defense agrees to exclude time under the Speedy Trial Act.

Thank you very much.

Sincerely yours,

PAUL E. WARBURGH, JR.

*The conference is adjourned to September 15, 2008 at 4 p.m. So Ordered. [signature] 8/18/08*

cc: Michael M. Rosensaft, Assistant U.S. Attorney